IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| Huntington National Bank, | : | |
| Plaintiff | : | Civil Action 2:12-cv-01035 |
| v. | : | Judge Marbley |
| Gushard, Wilburn & Shorts, *et al.*, | : | Magistrate Judge Abel |
| Defendants | : | |

# ORDER

At the request of plaintiff's counsel, the parties' deadline for filing Rule 26(a)(1) disclosures is extended until June 17, 2013.

                                                   s/Mark R. Abel
                                                   United States Magistrate Judge