IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| Huntington National Bank, | : | |
| Plaintiff | : | Civil Action 2:12-cv-01035 |
| v. | : | Judge Marbley |
| Gushard, Wilburn & Shorts, *et al.*, | : | Magistrate Judge Abel |
| Defendants | : | |

# ORDER

Plaintiff The Huntington National Bank's July 30, 2013 motion to stay the discovery deadlines (doc. 48) is GRANTED. This Court will reset the discovery deadlines after resolution of the motion for judgment on the pleadings, if necessary.

s/Mark R. Abel<br>
United States Magistrate Judge