IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| Huntington National Bank, | : | |
| Plaintiff | : | Civil Action 2:12-cv-01035 |
| v. | : | Judge Marbley |
| Gushard, Wilburn & Shorts, *et al.*, | : | Magistrate Judge Abel |
| Defendants | : | |

# ORDER

Pursuant to Federal Rule of Civil Procedure 55(b), Plaintiff The Huntington National Bank ("Huntington") filed a Motion for Default Judgment against Defendants Guishard Wilburn & Shorts ("GWS"), Allen Pendergrass, and Nathan Pendergrass (doc. 60). Based on Huntington's Motion, the Declarations of Sheri Lambert and Albert Lin in Support, and for good cause shown, this Court enters default judgment against GWS, Allen Pendergrass, and Nathan Pendergrass in the amount of $290,668.91 and $124,264.00 in attorneys' fees. Such liability is imposed on a joint and several basis amongst these three Defendants. This Court shall retain jurisdiction over this default judgment to enforce the judgment, or supplement the amount of damages to include the amount incurred by Huntington after the entry of this judgment.

IT IS SO ORDERED.

                                                    s/Algenon L. Marbley
                                                    Algenon L. Marbley
                                                    United States District Judge